United States District Court
Southern District of Texas
**ENTERED**
November 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACY LANE BEATTY, § | § | CIVIL ACTION NO |
| Plaintiff, § | § | 4:22-cv-03658 |
| vs. § | § | JUDGE CHARLES ESKRIDGE |
| BRYAN COLLIER, et al, § | § | |
| Defendants. § | | |

## ORDER

Pending is a complaint and motion for preliminary injunction by Texas death-row inmate Tracy Lane Beatty. Dkts 1 & 6. He is scheduled for execution on November 9, 2022.

The parties must appear for hearing in person on November 4, 2022 in Courtroom 9F at 10:30 AM to argue the motion for preliminary injunction and any other motions then pending.

SO ORDERED.

Signed on November 1, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge