IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRACY LANE BEATTY, §<br>    *Plaintiff*, §<br>§<br>v. §<br>§   CIV. ACT. NO. 4:22-CV-03658<br>BRYAN COLLIER, Executive §   (Death Penalty Case)<br>Director, Texas Department of §<br>Criminal Justice, et al., §<br>    *Defendants*. §<br>§ | |

## DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

This is a civil proceeding filed pursuant to 42 U.S.C. § 1983 by Texas death row inmate Tracy Lane Beatty. The undersigned hereby enters this appearance of counsel on behalf of Defendants and respectfully requests that a copy of all future pleadings, orders, and other correspondence be served on him at the address below.

                                      Respectfully submitted,

                                      KEN PAXTON
                                      Attorney General of Texas

                                      BRENT WEBSTER
                                      First Assistant Attorney General

                                      JOSH RENO
                                      Deputy Attorney General
                                      For Criminal Justice

                                      EDWARD L. MARSHALL
                                      Chief, Criminal Appeals Division

| | |
|---|---|
| *Lead Counsel | RACHEL L. PATTON* <br> Assistant Attorney General |

                                        s/ Jay Clendenin
                                        JAY CLENDENIN
                                        Assistant Attorney General
                                        *Counsel of Record*
                                        State Bar No. 24059589
                                        Southern District No. 920324

                                        Post Office Box 12548, Capitol Station
                                        Austin, Texas 78711
                                        Tel: (512) 936-1400
                                        jay.clendenin@oag.texas.gov

                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I do hereby certify that on November 2, 2022, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

| | |
|---|---|
| Jeremy Schepers <br> Office of the Federal Public Defender <br> 525 S. Griffin St., Suite 629 <br> Dallas, Texas 75202 <br> jeremy_schepers@fd.org | James Marcus <br> Capital Punishment Clinic <br> University of Texas School of Law <br> 727 E. Dean Keeton St. <br> Austin, Texas 78705 <br> jmarcus@law.utexas.edu |

                                        s/ Jay Clendenin
                                        JAY CLENDENIN
                                        Assistant Attorney General