

**Accept as original**

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

| | |
|---|---|
| Offender Name: TRACY BEATTY | TDCJ # 999484 |
| Unit: Polunsky | Housing Assignment: 12-A-2 |
| Unit where incident occurred: Polunsky | |

**☒ EMERGENCY**

**OFFICE USE ONLY**
- Grievance #: 2023022381
- Date Received: OCT 2 4 2022
- Date Due: 12-03-2022
- Grievance Code: 706
- Investigator ID #: I2879
- Extension Date: _____
- Date Retd to Offender: NOV 0 1 2022

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Schwartz - Sgt.   When? 10/10/63
What was their response? I can't do that without a court order
What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I NEED TO BE EVALUATED BY DOCTORS AS PART OF MY LEGAL CASE. I CAN'T TAKE THE TESTS THE DOCTORS NEED TO GIVE ME IF I HAVE HANDCUFFS ON. PLEASE AGREE TO REMOVE MY HANDCUFFS AT THE LEGAL CONTACT VISIT WHEN THE DOCTORS COME. I NEED TO BE ABLE TO TAKE THESE TESTS TO USE THE RESULTS FOR CLEMENCY AND OTHER LEGAL FILINGS AND I CAN'T DO THAT IF I HAVE HANDCUFFS ON.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.**
PLEASE TAKE OFF MY HANDCUFFS WHEN THE DOCTORS COME TO EVALUATE ME SO I CAN TAKE THE TESTS.

**Offender Signature:** _Jimmy Busby_                **Date:** 10/20/2022

**Grievance Response:**

Without a court order, TDCJ does not permit a death row inmate to be unshackled during an in-person contact examination by a medical expert. No further action is required at this time.

**Signature Authority:** _[signature]_           A. Enriques AW           **Date:** 11/1/22

NOV 0 1 2022

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**         *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)                                                Appendix F