IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACY LANE BEATTY,<br>    Plaintiff, | § § § | |
| v. | § § | Civil Action No.<br>4:22-CV-03658 |
| BRYAN COLLIER<br>Executive Director, Texas<br>Department of Criminal Justice | § § § | **CAPITAL CASE** |
| BOBBY LUMPKIN,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division, | § § § § § | EXECUTION SCHEDULED FOR<br>NOVEMBER 9, 2022 |
| DANIEL DICKERSON<br>Senior Warden, Polunsky Unit<br>    Defendants. | § § § § | |

## ADVISORY

The Defendants file this advisory to inform the Court that TDCJ issued its response to Beatty's Step 1 grievance. A copy is attached hereto. The undersigned forwarded a copy to counsel for Plaintiff immediately upon receipt.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

|  |  |
|---|---|
|  | JOSH RENO<br>Deputy Attorney General<br>for Criminal Justice |
|  |  |
|  | EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division |
|  |  |
| *Lead Counsel | s/ Rachel L. Patton<br>RACHEL L. PATTON*<br>Assistant Attorney General<br>State Bar No. 24039030 |
|  |  |
|  | P. O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>(512) 936–1400<br>Facsimile No. (512) 936–1280 |
|  |  |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do hereby certify that November 3, 2022, I electronically filed the forgoing pleading with the Clerk of the Court for the United States District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the counsel of record, who consented in writing to accept the Notice as service of this document by electronic means.

s/ Rachel L. Patton
RACHEL L. PATTON
Assistant Attorney General



Accept as original

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2023022381
Date Received: OCT 24 2022
Date Due: 12-03-2022
Grievance Code: 706
Investigator ID #: I2879
Extension Date: _____
Date Retd to Offender: NOV 0 1 2022

Offender Name: Tracy Beatty  TDCJ # 999484
Unit: Polunsky  Housing Assignment: 12-A-2
Unit where incident occurred: Polunsky

**EMERGENCY**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? Schwartz - Sgt.   When? 10/10/2022
What was their response? I can't do that without a court order
What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I need to be evaluated by doctors as part of my legal case. I can't take the tests the doctors need to give me if I have handcuffs on. Please agree to remove my handcuffs at the legal contact visit when the doctors come. I need to be able to take these tests to use the results for clemency and other legal filings and I can't do that if I have handcuffs on.

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

_____
_____
_____
_____
_____
_____

**Action Requested to resolve your Complaint.**
PLEASE TAKE OFF MY HANDCUFFS WHEN THE DOCTORS COME TO EVALUATE ME SO I CAN TAKE THE TESTS.

**Offender Signature:** _Jermy Buck_  **Date:** 10/20/2022

**Grievance Response:**

Without a court order, TDCJ does not permit a death row inmate to be unshackled during an in-person contact examination by a medical expert. No further action is required at this time.

**Signature Authority:** _[signature]_   A. Enriques AW   **Date:** 11/1/22

NOV 0 1 2022

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission      UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

2nd Submission      UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission      UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F